No. 337. NATIONAL LABOR RELATIONS BOARD v. STOCK-HOLDERS PUBLISHING CO., INC. May 22, 1944.

No. 339. NATIONAL LABOR RELATIONS BOARD v. TIMES-MIRROR Co. May 22. 1944.

No. 771. TELFIAN v. UNITED STATES. May 22, 1944.

No. 822. LONG v. BENSON. May 22, 1944. *Ante,* p. 732.

No. 73. FALBO v. UNITED STATES. May 22, 1944. The second petition for rehearing is denied. 321 U. S. 802.

No. 335. LLOYD v. UNITED STATES FIDELITY & GUARANTY Co. May 22, 1944. The second petition for rehearing is denied. 320 U. S. 814.

No. 545. SCHROEPFER ET AL. v. A. S. ABELL Co., INC.; and
No. 703. NICHOLS v. UNITED STATES CIRCUIT COURT OF APPEALS FOR THE SEVENTH CIRCUIT. May 22, 1944. 321 U. S. 763, 787.

Nos. 514 and 515. UNITED STATES v. MITCHELL. May 29, 1944.

No. 770. WILLIAMS v. UNITED STATES. May 29, 1944.

No. 798. GARLINGTON ET AL. v. WASSON. May 29, 1944.